IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| MICHAEL ANDERSON, ) | |
| Plaintiff, ) | |
| ) | Case No. 2:13-cv-02064-JTF-cgc |
| v. ) | |
| THE HARTFORD; and DR. JOHN HARRIS, ) | |
| Defendants. ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**ORDER DENYING DEFENDANT HARTFORD'S MOTION TO DISMISS AS MOOT**
**ORDER GRANTING DEFENDANT DR. JOHN HARRIS' MOTION TO DISMISS**
**ORDER OF DISMISSAL**

Before the Court are Defendant Hartford Life and Accident Insurance Company's ("Hartford") Motion to Dismiss, filed on February 13, 2013 (D.E. #7), and Defendant Dr. John Harris' Motion to Dismiss, filed on April 17, 2013 (D.E. #10). On May 22, 2013, this Court entered an Order referring these Motions to the Magistrate Judge for Report and Recommendation, pursuant to 28 U.S.C. §§631-39. (D.E. #14). On May 30, 2013, this Court's Order of Reference was returned as undeliverable as to Plaintiff. (D.E. 15).

On June 20, 2013, the Magistrate entered an Order to Show Cause ordering Plaintiff to show cause within fourteen (14) days "as to why the Court should not consider the Motions on the record before it and enter a Report and Recommendation recommending to the District Court that the Motions to Dismiss. . . be granted pursuant to Fed. R. Civ. P. 12." (D.E. #16). On July 2, 2013, a Notice of returned mail was docketed, regarding the Magistrate's Order to Show Cause. (D.E. #17). The Magistrate entered her Report and Recommendation, on September 23, 2013,

1

which recommended that Defendant Hartford's Motion to Dismiss be denied as moot and that Defendant Harris' Motion to Dismiss be granted. (D.E. #18). Once again, the Magistrate's Order was returned as undeliverable on October 9, 2013. (D.E. #19).

On October 15, 2013, the Magistrate made a final attempt to reach Plaintiff and entered an Order Directing the Clerk to Attempt Service at Plaintiff's New Address, Order to Show Cause, and Order Directing Plaintiff to Update Address with Clerk. (D.E. #20). The Magistrate's Order directed Plaintiff to file his objections or exceptions to her Report and Recommendation within fourteen (14) days and directed the Clerk to mail her Order to 5400 Park Ave. #305, Memphis, TN 38119 and 6586 Kirby Gate Cove, Memphis, TN 38119. The Clerk sent copies of the Magistrate's Order to both addresses. However, on October 28, 2013, the Magistrate's Order was returned as undeliverable at the Park Ave. address (D.E. #21) and on December 17, 2013 at the Kirby Gate Cove address (D.E. #22).

Therefore, with no objections and after reviewing the Magistrate Judge's Report and Recommendation and the entire record, the Court hereby ADOPTS the Magistrate's Report and Recommendation. Defendant Hartford's Motion to Dismiss is hereby DENIED as MOOT, and Defendant Harris' Motion to Dismiss is hereby GRANTED.

IT IS THEREFORE ORDERED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 20th day of December, 2013.

BY THIS COURT:

<u>*s/John T. Fowlkes, Jr.*</u>
JOHN T. FOWLKES, JR.
United States District Judge